FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0442

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 20-0442

BRIAN D. SMITH,

　　　　Plaintiff/Appellant,

ED SHEEHY,

　　　　Defendant/Appellee.

---

*ORDER*

---

On Appeal from the Montana Fourth Judicial District Court, Missoula County
Cause No. DV-20-209, Hon. Leslie Halligan

---

Rutherford B. Hayes
Risk Management and Tort
Defense Division
P.O. Box 200124
Helena, MT 59620
(406) 444-2485
Facsimile: (406) 444-2592
Rutherford.Hayes2@mt.gov
*For Appellee*

Brian D. Smith
AO# 3009410
Riverside Special Needs Unit
PO Box 88
Boulder, MT 59632
*Appellant Pro Se*

1

Appellee Ed Sheehy has requested a 30-day extension to file his response brief. This is his first such request. As such the motion is GRANTED and Appellee Sheehy's response brief is now due on January 15, 2021.

DATED this ____ Day of December, 2020.

BY: _____
CLERK OF COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2020